DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7565
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:06-cr- |
| | ) | |
| Plaintiff, | ) | <u>COUNT 1</u> : |
| | ) | SOCIAL SECURITY |
| vs. | ) | DISABILITY INSURANCE |
| | ) | BENEFITS FRAUD |
| MICHAEL R. SWEENEY, | ) | Vio. 42 U.S.C. § 408(a)(4) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT 1</u>

**I.   INTRODUCTION**

1. At all times material to this Information, the Social Security Administration (SSA) was an agency of the United States, that administers the Social Security Disability

Insurance Benefits program and related programs pursuant to Title 42, United States Code, Sections 401 - 433, (Title II of the Social Security Act).

2. The Social Security Act established the disability insurance benefits program to replace part of the earnings lost because of a physical or mental impairment. A worker having a disability which will keep him or her from working for a year or more or which will result in death, may be eligible for benefits if s/he has sufficient work credits.

3. The defendant, MICHAEL R. SWEENEY, was the husband of Mary Louden, an "insured" individual who applied for, and began receiving Title II Disability Insurance benefits in May 2002.

4. Prior to her death on August 12, 2003, Mary Louden received payment of her Social Security disability insurance benefits by direct-deposit into a checking account, held jointly with her husband, MICHAEL R. SWEENEY, at Wells Fargo Bank.

5. Following his wife's death, MICHAEL R. SWEENEY concealed or failed to disclose this event to the Social Security Administration and continued to use the Social Security funds that were directly deposited into their joint Wells Fargo Bank account. MICHAEL R. SWEENEY used his deceased wife's Social Security benefits for his own benefit and expenses from August, 2003, through September, 2004.

6. MICHAEL R. SWEENEY, husband of Mary Louden, knew that the death of his wife was an event affecting the continued right to direct deposit of her Social Security disability insurance benefits. Moreover, MICHAEL R. SWEENEY knew that he had no right to receive or use the Social Security disability insurance benefits after the

death of his wife.

## II. THE CHARGE

7.  Beginning on or about August, 2003, and continuing until to on or about September, 2004, at Fairbanks, in the District of Alaska, the defendant, MICHAEL R. SWEENEY, having knowledge of the occurrence of an event affecting the continued right to payment under Title II of the Social Security Act, to wit: the death of his wife, Mary Louden, on August 12, 2003, did conceal or did fail to disclose such event to the Social Security Administration with the fraudulent intent to secure and to obtain payment of Mary Louden's disability insurance benefits when no such payment was authorized.

8.  By concealing or failing to disclose the occurrence of his wife's death, MICHAEL R. SWEENEY, fraudulently secured and obtained the continued payment of Title II disability insurance benefits from the Social Security Administration, in the amount

//

//

//

of $13,383.00, to which he was not entitled.

All in violation of Title 42, United States Code, Section 408(a)(4).

Dated: _____      Respectfully submitted,

DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY


 s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7565
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov