M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY MICHAEL R. SWEENEY | Case No. 4:06-cr-_____<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR APPOINTMENT OF COUNSEL** |

　　　　Michael R. Sweeney asks this court for an order appointing counsel in connection with a letter received from Assistant U.S. Attorney Retta Rae Randall indicating that the government plans to charge him with Social Security Fraud, in violation of title 42 U.S.C. § 408(a)(4), for continuing to collect Title II Disability Insurance Benefits on behalf of his wife after her death.  Mr Sweeney contacted this office and asked for representation in this matter.  An order appointing counsel is necessary for this office to assist Mr. Sweeney officially.

　　　　The government does not oppose this request, nor the request for shortened time.

This request is submitted pursuant to § 1.03 of the District of Alaska Plan for Implementing the Criminal Justice Act of 1964, as amended September 2003, and 18 U.S.C. § 3006A, and is based upon the affidavit of M. J. Haden, filed herewith.

Dated at Anchorage, Alaska, this 10th day of February 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 10, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden