UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY MICHAEL R. SWEENEY _____ | Case No. 4:06-cr-_____ <br><br> **ORDER APPOINTING COUNSEL** |

      It is hereby ordered that the Federal Defender for the District of Alaska is authorized to represent Michael R. Sweeney in connection with his felony information.

      Done at Anchorage, Alaska, this ____ day of _____, 2006.

_____
U.S. District Court Judge/Magistrate Judge