M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY MICHAEL R. SWEENEY | Case No. 4:06-cr-_____<br><br>**AFFIDAVIT OF M. J. HADEN** |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

      M. J. Haden, being first duly sworn, upon oath, deposes and says as follows:

      1.    I am a Staff Attorney with the Federal Defender's Office for the District of Alaska.

      2.    I have been in contact with Retta-Rae Randall of the U.S. Attorney's Office regarding an information to be filed charging Mr. Sweeney with one count of Social Security Fraud in violation of Title 42 U.S.C. § 408(8)(4). Ms. Randall reports that she is prepared to file a felony information in this matter.

3. I have also been in contact with Mr. Sweeney regarding this matter. He has requested assistance from this office in this matter. He reports that he is indigent and cannot afford to hire private counsel.

4. Mr. Sweeney is asking that the court appoint counsel so that this office can officially assist him in these proceedings. Mr. Sweeney is prepared to waive indictment. A negotiated disposition has been reached by the parties.

8. Assistant United States Attorney Retta-Rae Randall indicated that the government does not oppose this request.

9. For all these reasons, I am asking the court to authorize the Federal Defender for the District of Alaska to represent Mr. Sweeney in connection with the upcoming proceeding in this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED and SWORN to before me this 10th day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

2