# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> MICHAEL R. SWEENEY </u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                      CASE NO.  <u>4:06-CR-00005-RRB</u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: March 10, 2006

     Parties having filed a plea agreement at Docket 5, the Arraignment scheduled for March 17, 2006 before Magistrate Judge Terrance W. Hall is **VACATED** and rescheduled for **Monday, March 13, 2006 at 11:30 a.m. before U. S. District Judge Ralph R. Beistline** in Courtroom 1, Fairbanks, Alaska for Arraignment and Proposed Change of Plea.

     Counsel for the government may proceed telephonically by calling Meet-Me-Bridge "A" at 677-6246.

[]{IA.WPD*Rev.12/96}