UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY MICHAEL R. SWEENEY | Case No. 4:06-cr-_____ <br><br> **ORDER APPOINTING COUNSEL** |

It is hereby ordered that the Federal Defender for the District of Alaska is authorized to represent Michael R. Sweeney in connection with his felony information.

Done at Anchorage, Alaska, this 13 day of March, 2006.

**REDACTED SIGNATURE**

U.S. District Court Judge/Magistrate Judge