⒉ AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Michael R Sweeney

CASE NUMBER:      (     )

4:06-cr-00005-RRB

I, _Michael R. Sweeney_, the above named defendant, who is accused of the charges as stated in the Information and being advised of those charges, and of my rights, hereby waive in open court on _MARCH 13, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before **REDACTED SIGNATURE**
            Judicial Officer