MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs MICHAEL R. SWEENEY           CASE NO. 4:06-cr-OOOO5-RRB
Defendant: X Present

BEFORE THE HONORABLE    RALPH R BEISTLINE

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES ATTORNEY:  RETTA RAE RANDALL(telephonic)

DEFENDANT'S ATTORNEY: M.J. HADEN

U.S.P.O.:      MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT/CHANGE OF PLEA/IMPOSITION OF SENTENCE
Held: 3/13/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Convened at 11:29 a.m.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: MICHAEL SWEENEY

X Waiver of Indictment filed.

X Financial Affidavit filed.
  X Federal Public Defender M.J. Haden accepted appointment.

X PLEA(S): X Guilty to Count 1 OF THE INFORMATION

X Court accepted plea(s).

X Defendant waived preparation of Presentence Report.

X Court stated findings/reasons pursuant to sentencing
guidelines.

X Sentence imposed as stated in the judgment.

Adjourned at 12:00 p.m.


DATE: 3/13/2006              DEPUTY CLERK'S INITIALS:    tg

05/00